```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 25380
    LAKESHA D RENIX
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-8265


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 06/27/2005 and was confirmed 08/10/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  10.00%.

      The case was paid in full 02/17/2009.
-----------------------------------------------------------------------
  CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------
  ROBERT J ADAMS & ASSOC   PRIORITY         NOT FILED         .00             .00
  AT & T BANKRUPCTY        UNSECURED        NOT FILED         .00             .00
  CITY OF CHICAGO PARKING  UNSECURED          9785.00         .00          978.50
  COLLECTION COMPANY OF AM UNSECURED        NOT FILED         .00             .00
  DEPENDON COLLECTION SERV UNSECURED        NOT FILED         .00             .00
  FIRST NATL BANK OMAHA    UNSECURED        NOT FILED         .00             .00
  HARRIS & HARRIS          UNSECURED        NOT FILED         .00             .00
  JVDB ASSOC               UNSECURED        NOT FILED         .00             .00
  NATIONWIDE CREDIT        UNSECURED        NOT FILED         .00             .00
  PEOPLES GAS LIGHT & COKE UNSECURED              .00         .00             .00
  ILLINOIS SECRETARY OF ST NOTICE ONLY      NOT FILED         .00             .00
  SHERMAN ACQUISITIONS LP  UNSECURED        NOT FILED         .00             .00
  VERIZON WIRELESS         UNSECURED        NOT FILED         .00             .00
  ROBERT J ADAMS & ASSOC   REIMBURSEMENT       210.00         .00          210.00
  ROBERT J ADAMS & ASSOC   DEBTOR ATTY       2,200.00                    2,200.00
  TOM VAUGHN               TRUSTEE                                          222.50
  DEBTOR REFUND            REFUND                                              .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
  TRUSTEE                  3,611.00

  PRIORITY                                       210.00
  SECURED                                           .00
  UNSECURED                                       978.50
  ADMINISTRATIVE                                2,200.00
  TRUSTEE COMPENSATION                            222.50
  DEBTOR REFUND                                     .00
                          ---------------    ---------------
  TOTALS                   3,611.00             3,611.00

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 25380 LAKESHA D RENIX
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
  Dated: 03/09/09                       _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```